IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANK BRETT,

    Plaintiff,

v.

RICKY GERTZ, EARL GERTZ, and MR. DAILEY,

    Defendants.

CIVIL ACTION NO. 3:CV-12-1429

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 10th day of October, 2012, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 9) for clear error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 9) is **ADOPTED**.

(2) The action is **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1406(a).

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge